UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FRANK HARGROVE, JR. and RICHARD WHITE,
for themselves and others similarly-situated, and
INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE,
AND AGRICULTURAL IMPLEMENT
WORKERS OF AMERICA (UAW),

        Case No. 2:10-cv-10946

    Plaintiffs,         Class Action

v.         U.S. District Judge Arthur J. Tarnow

EAGLEPICHER CORPORATION also known as
EP MANAGEMENT CORPORATION and as
EAGLEPICHER MANAGEMENT COMPANY,

    Defendant.
_____/

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

This action was brought before the Court on plaintiffs' motion for summary judgment. For the reasons set out by the Court at the March 21, 2012 hearing and in the order granting summary judgment of April 4, 2012 opinion, judgment is entered for plaintiffs.

In addition, the Court enjoins defendant as follows.

Defendant shall promptly restore the *status quo ante* and reinstate the retirement healthcare benefits for all class members that were in effect before the 2010 and later changes made by defendant.

Defendant shall promptly take such action as necessary to identify, and to make whole all class members for, expenses incurred by class members caused by defendant's unilateral changes in retirement healthcare for the period January 1, 2010 until the date the *status quo ante* is restored.

2

Defendant shall not modify or terminate the restored retirement healthcare benefits, and shall continue to provide those healthcare benefits to class members for each class member's lifetime, at no premium cost to the class member.

This action is finally resolved, provided that the Court retains jurisdiction to resolve post-judgment matters and any disputes regarding the enforcement, interpretation, or implementation of the Court's orders, judgment, and permanent injunction.

s/Arthur J. Tarnow
U.S. District Judge Arthur J. Tarnow

Dated: April 4, 2012