UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| FRANK HARGROVE, JR. and RICHARD WHITE, for themselves and others similarly-situated, and INTERNATIONAL UNION, UNITED AUTOBOMILE, AEROSPACE, AND AGRICULTURAL IMPLEMENT WORKERS OF AMERCAN (UAW), <br><br> Plaintiffs, <br><br> v. <br><br> EAGLEPICHER CORPORATION, also Known as EP MANAGEMENT CORPORATION and as EAGLEPICHER MANAGEMENT COMPANY, <br><br> Defendant. | Case No.: 2:10-cv-10946 <br> Class Action |

**DEFENDANT'S RESPONSE TO CLASS REPRESENTATIVES' MOTION FOR ATTORNEY FEES AND EXPENSES**

Defendant, Eaglepicher Corporation a/k/a EP Management Corporation and as Eaglepicher Management Company (collectively, "EP"), for its response to Class Representatives' Motion for Attorney Fees and Expenses states:

1. EP has no objection to the Class Representatives' Motion for Attorney Fees and Expenses previously filed with this Court.

May 4, 2012

/s/Jeffrey G. Muth
Jeffrey G. Muth
Howard E. Kochell
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN  46204
(317) 236-1313
Fax:  (317) 231-7433

Attorneys for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was served upon counsel of record on the 4th day of May, 2012, by the Court's electronic service:

>Stuart M. Israel
>Legghio & Israel, P.C.
>306 South Washington, Suite 600
>Royal Oak, MI  48067

                    */s/Jeffrey G. Muth*

INDS02 1219016v1

2